UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:10-CR-00216-PMP-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DIMITAR DIMITROV, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court having read and considered Defendant's Motion for District Judge to Reconsider Order Granting Request for Review of Magistrate Judge Decision as to Pre-Trial Detention (Doc. #61) and the Government's Response and Opposition Thereto (Doc.#62), and good cause appearing,

**IT IS ORDERED that** Defendant Dimitrov's Motion for District Judge to Reconsider Order Granting Request for Review of Magistrate Judge Decision as to Pre-Trial Detention (Doc. #61) is **DENIED**.

DATED: March 8, 2011.

_____
PHILIP M. PRO
United States District Judge