# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-216-PMP (LRL) |
| DIMITAR DIMITROV, | ) ) ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on June 21, 2011, defendant DIMITAR DIMITROV pled guilty to Count One of a Six-Count Criminal Indictment charging him with conspiracy in violation of Title 18, United States Code, Section 371; trafficking in, production, and use of counterfeit access devices in violation of Title 18, United States Code, Section 1029(a)(1); possession of fifteen or more counterfeit and unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(3); and aggravated identify theft in violation of Title 18, United States Code, Section 1028(a)(1). Docket #1.

This Court finds defendant DIMITAR DIMITROV agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant DIMITAR DIMITROV pled guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Sections 1343, 2314, 2315, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B); Title 18, United States Code, Section 371; and Title 21, United States Code, Section 853(p):

1. 2008 Black, Subaru Tribeca, VIN:4S4WX90D684411321;
2. 2008 Tracker Pro 170 boat, VIN: BUJ01971E708;
3. 2008 Black, Trailstar Boat Trailer, VIN: 4TM11GE188B001374;
4. 2008 Silver, Audi A3 VIN: WAUKD78P68A145019;
5. 2008 Silver, Subaru Impreza Outback Wagon, VIN: JF1GH63678H823361;
6. 2008 White, Mercedes Benz S550, VIN: WDDNG71X78A187996;
7. 2008 White and Black, Sea Ray boat, VIN: SERV4654A808;
8. 2008 Black, Shorelander Boat Trailer, VIN: 1MDASNY278A408389;
9. 2008 Silver, Audi A4, VIN: WAUAF78E98A114156;
10. 2007 Silver, Volvo S60, VIN: YV1RS592572638224;
11. 2008 White, Hyundai Accent, VIN: KMHCN46C48U237243;
12. Beretta PX4, 9mm pistol, serial number PX82334; and
13. an *in personam* criminal forfeiture money judgment of $1,072,297.64 in United States Currency.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

. . .

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
2  DIMITAR DIMITROV in the aforementioned property is forfeited and is vested in the United States
3  of America and shall be safely held by the United States of America until further order of the Court.
4  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
5  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
6  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
7  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
8  the name and contact information for the government attorney to be served with the petition, pursuant
9  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
11  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
12  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
13  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
14  following address at the time of filing:

15  DANIEL G. BOGDEN
    United States Attorney
16  Nevada State Bar No. 2137
    MICHAEL A. HUMPHREYS
17  Assistant United States Attorney
    Lloyd D. George United States Courthouse
18  333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101
19  Telephone: (702) 388-6336
    Facsimile: (702) 388-6787
20

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
22  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
23  . . .
24  . . .
25  . . .
26  . . .

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this _21st_ day of _June_, 2011.

_____
UNITED STATES DISTRICT JUDGE